# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

DRYWALL TAPERS AND POINTERS OF GREATER NEW YORK LOCAL UNION 1974, IUPAT, AFL-CIO,

                Plaintiff,

-against-

DRYWALL & ACOUSTICS OF N.E., INC.,
                Defendant.

------------------------------------------------------------X

18 CIVIL 11986 (JGK)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated November 27, 2019, the petition to enforce the arbitration award dated October 10, 2018 is granted in the amount of $750. Judgment is also entered in favor of the plaintiff and against the defendant in the amount of $3,000 in attorney's fees and $472 in court costs and disbursements. The plaintiff's request for interest and liquidated damages is denied; accordingly, the case is closed.

**Dated**: New York, New York
December 2, 2019

                              RUBY J. KRAJICK
                              Clerk of Court

BY:      _____
                              Deputy Clerk